Case Name: MURDOCK, JODI ANN
Case No:     06-72325

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 15, 2008          WILLIAM T. NEARY
                                  United States Trustee, Region 11


                         BY:   */s/ Carole J. Ryczek*
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee