## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

IN RE:  
MURDOCK, JODI ANN

CHAPTER 7 CASE

CASE NO. 06-72325 BARB

JUDGE Manuel Barbosa

Debtor(s)

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT  
        211 S. Court Street  
        Rockford, IL 61101  
   on:  January 26, 2009  
   at:  9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $           2,500.04

   b. Disbursements                         $               0.00

   c. Net Cash Available for Distribution   $           2,500.04

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $625.01 | |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | | $6.00 |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $1,096.84 | |

| | | |
|---|---|---|
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | $13.25 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $972.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 78.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Gallatin River Communications | $ 390.86 | $ 304.89 |
| 4 | Aspire VISA Gold | $ 582.09 | $ 454.05 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: 12-15-08

For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL  61021
Phone No.: (815) 288-4949

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cbachman               Page 1 of 1                  Date Rcvd: Dec 17, 2008
Case: 06-72325                 Form ID: pdf002              Total Served: 29

The following entities were served by first class mail on Dec 19, 2008.
db           +Jodi Ann Murdock,    1234 N. Jefferson,    Dixon, IL 61021-1135
aty          +Michael C Downey,    Law Office of Michael C. Downey,    420 West Second Street,
               Dixon, IL 61021-2926
11049462     +Affinity Cash Loans,    2901 E Lincolnway Highway,    Sterling, IL 61081-1780
11049463     +AmeriCash Loans,    2901 E Lincolnway Highway,    Sterling, IL 61081-1780
11049464     +AmeriCash Loans, LLC,    c/o Checkbook Loan Dept,    800 Lee St., Ste 302,
               Des Plaines, IL 60016-6448
11049465      Aspire,    Payment Processing,    PO Box 23007,    Columbus, GA 31902-3007
11615749      Aspire VISA Gold,    Columbus Bank & Trust Co,    P.O. Box 23051,    Columbus, GA 31902-3051
11049467      BMC Music Service,    PO Box 91512,    Indianapolis, IN 46291-0512
11407595     +Bernard J Natale,    Attorney At Law,    6833 Stalter Drive Ste 201,    Rockford, Il 61108-2582
11049466     +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
11049471     +CU Recovery, Inc.,    26263 Forest Blvd.,    Wyoming, MN 55092-8033
11049468      Capital One,    PO Box 60024,    City Of Industry, CA 91716-0024
11049469     +Cottonwood Financial, LTD,    c/o Paragon Way, Inc.,    PO Box 42829,    Austin, TX 78704-0044
11049470      Credit One Bank,    Payment Services,    PO Box 80015,    Los Angeles, CA 90080-0015
11049472      FIRST PREMIER BANK,    PO BOX 5519,    Sioux Falls, SD 57117-5519
11049474     +GC SERVICES LIMITED,    PO BOX 3724,    Knoxville, TN 37927-3724
11049473     +Gallatin River Communications,    100 N Cherry Street,    Galesburg, IL 61401-4587
11049475     +Heights Fiance Corp,    PO Box 128,    Rock Falls, IL 61071-0128
11069914     +Heights Finance Corp,    1114 First Avenue,    Rock Falls, Il 61071-1631
11049476     +IRF Capital Recovery Fund,    c/o Paragon Way, Inc.,    PO Box 42829,    Austin, TX 78704-0044
11049477     +KSB HOSPITAL,    403 E FIRST ST.,    Dixon, IL 61021-3187
11049478     +Merrick Bank,    PO Box 23356,    Pittsburgh, PA 15222-6356
11049479     +NCO Financial Systems, Inc.,    PO Box 61247,    Dept. 64,    Virginia Beach, VA 23466-1247
11049480     +Paragon Way, Inc.,    PO Box 42829,    Austin, TX 78704-0044
11049481     +RECEIVABLE MANAGEMENT CONSULTANTS,    101 WEST 2ND ST,    PO BOX 787,    Dixon, IL 61021-0787
11519815     +Ronald and Carol Rick,    % Attorney Bernard J. Natale,    6833 Stalter Drive - Suite 201,
               Rockford, IL 61108-2582
11049482      Select Employee Credit Union,    622 Palmrya,    Dixon, IL 61021
11049483      TruGreen Chemlawn,    5667 Sandy Hollow Road,    Rockford, IL 61109-2780
The following entities were served by electronic transmission on Dec 18, 2008.
tr           +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
                                                                                             TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2008**                **Signature:** *Joseph Speetjens*