IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

IN RE:  
MURDOCK, JODI ANN

Debtor(s)

| CHAPTER 7 CASE

CASE NO. 06-72325 BARB

JUDGE Manuel Barbosa

### TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE Manuel Barbosa
    BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 3-18-09                    /s/ Megan G. Heeg
                                 MEGAN G. HEEG, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: 3-24-09                    WILLIAM T. NEARY
                                 United States Trustee

                                 By: Christine K. Miller
                                 Christine K. Miller, Paralegal Specialist

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 31, 2009 through February 27, 2009
Account Number: 000312072344366

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273

00015372 DBI 802 24 06109 - NNNNN 1 000000000 60 0000
06-72325 MURDOCK JODI ANN
DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2,500.04 |
| Checks Paid | 5 | -2,500.04 |
| Ending Balance | 5 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 02/17 | $1,096.84 |
| 102 | 02/17 | 13.25 |
| 103 | 02/12 | 304.89 |
| 104 | 02/19 | 454.05 |
| 105 | 02/17 | 631.01 |
| Total Checks Paid | | $2,500.04 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/12 | $2,195.15 |
| 02/17 | 454.05 |
| 02/19 | 0.00 |

Page 1 of 4